*In re* SALLOUM.

INSANE PERSONS—STERILIZATION OF FEEBLE-MINDED PERSONS—CON-
STITUTIONAL LAW—STATUTES—POLICE POWER.

> Act No. 285, Pub. Acts 1923, providing for the steriliza-
> tion of feeble-minded persons *held*, constitutional; case
> being controlled by *Smith* v. *Wayne Probate Judge*, 231
> Mich. 409.[1]

Error to Wayne; Warner (Glenn E.), J., presiding.
Submitted October 6, 1926.    (Docket No. 21.)    De-
cided October 22, 1926.    Rehearing denied January 3,
1927.

Petition by Anna Schneller, under Act No. 285, Pub.
Acts 1923, for the sterilization of Agnes Salloum, a
feeble-minded person.    Fred M. Butzel was appointed
guardian *ad litem*.    There was an order of the pro-
bate court granting the petition, and said guardian
*ad litem* appealed to the circuit court.    Judgment sus-
taining the probate order.    Defendant brings error.
Affirmed.

*William Van Dyke* (*Thomas G. Long*, of counsel),
for appellant.

McDONALD, J.    On June 12, 1923, Agnes Salloum,
18 years of age, was adjudged a feeble-minded person
and committed to the Michigan Home and Training
School at Lapeer, by the probate court for Wayne
county, Michigan.    Thereafter, on petition of her
mother, proceedings were regularly taken under Act
No. 285, Pub. Acts 1923, and on May 29, 1926, an
order was entered by the Wayne probate court pro-
viding for her sterilization by the operation of salpin-

[1] Insane Persons, 32 C. J. § 162 (Anno).

gectomy.    From this order her guardian *ad litem,*
Fred M. Butzel, appealed to the circuit court claiming
that the act under which the proceedings were had
is unconstitutional.    On the hearing, the order of the
probate court was affirmed.    It is here sought by writ
of error to review the judgment of the circuit court.

The record presents only constitutional objections to
the act.    The same questions were before this court
and were disposed of adversely to the defendant's
claim in *Smith* v. *Wayne Probate Judge,* 231 Mich.
409.

The judgment is affirmed.

SHARPE, STEERE, and CLARK, JJ., concurred with
MCDONALD, J.

WIEST, J.    We believe the decision of this court
in *Smith* v. *Wayne Probate Judge,* 231 Mich. 409,
should be overruled for the reasons given in the dis-
senting opinion filed therein.

If the decision in the *Smith Case* is not overruled
then the judgment in this case must be affirmed.

BIRD, C. J., and SNOW and FELLOWS, JJ., concurred
with WIEST, J.